# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

134572

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DANIEL SANFORD TESEN,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134572
COA: 275401
Livingston CC: 06-015972-FC
53rd DC: 06-1172-FY

On order of the Court, the application for leave to appeal the June 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

p1114